# EXHIBIT D



## *NEWLEADJMEG, LLC*

### CONTRACT ADDENDUM

**Seller:**

**NewleadJMEG, LLC**
4000 S. Faber Drive Place, Suite 300
Charleston, South Carolina 29405
Attn: Jan M. Berkowitz, CEO
Tel.  843-323-4326
Tel.  704-806-2922
Fax.  980-939-6222
Email:   jan@JMEG.NET
Ref. #: 130606002

**Buyer**

**Trans Asia Commodities Ltd.**
120 Bunns Lane,
London NW7 2AS, United Kingdom
Attn: Serge Turko
+44 (7500) 902750

Email: Serge@TransAsiaCommodities.com

This Confirmation ("Confirmation") sets forth the binding agreement entered into between the Parties on July 16th, 2013 regarding the following amendment to the stated contract Reference# 130606002.

The laydays have been amended to now read August 25 - September 5, 2013

The contract price has been fixed at $72.50 FOB Nola for this shipment

The L/C to be issued and advised to BNP Paribas – Geneva by Monday July 2nd, 2013

|  SELLER  |  BUYER  |
|---|---|
| NewleadJMEG, LLC | TransAsia Commodities Ltd. |
| By: _[signature]_ | By: _[signature]_ |
| Print:  Jan M Berkowitz, CEO | Print:  Serge Turko |
| Title:  CEO | Title:  Director |
| Date:  July 16th, 2013 | Date: July 16th, 2013 |