# EXHIBIT E



120 Bunns Lane,
London NW7 2AS
United Kingdom
Tel: +44 (20) 8203 3006
Email: Com@TransAsiaCommodities.com

COAL SALES AGREEMENT (CFR)

BETWEEN

TransAsia Commodities Ltd.
120 Bunns Lane, London NW7 2AS
United Kingdom

AND

Shree Cement Limited
Bangur Nagar
Beawar – 305 901
Dist. – Ajmer
Rajasthan
India

DATED: July 16th, 2013

ADDENDUM "A"

For SHREE CEMENT LTD.
Chief Finance Officer



120 Bunns Lane,
London NW7 2AS
United Kingdom
Tel: +44 (20) 8203 3006
Email: Com@TransAsiaCommodities.com

Contract Number: TACL14622013

Addendum "A"

THIS AGREEMENT is made on the July 16th, 2013 ("the Agreement")

BETWEEN

(1) Trans Asia Commodities Ltd., a company incorporated in The United Kingdom with its registered office at 120 Bunns Lane, London NW7 2AS United Kingdom (hereinafter referred to as "the Seller")

And

(2) Shree Cement Ltd. with its registered office at Shree Cement Limited, Bangu, Nagar, Beawar – 305 901, Dist. – Ajmer, Rajasthan, India (hereinafter referred to as "the Buyer")

WHEREBY

Both parties have agreed to the following amendments:

A. TransAsia Commodities Ltd will compensate Shree Cement Ltd in the amount of US$220,000 for cargo delays due to lack of vessel availability.

B. TransAsia Commodities Ltd will effect a payment of US$110,000 to activate the L/C amendment.

C. The contract price CFR Mundra will be amended to read $107.50.

D. The amended 10 day laycan will be August 25 – September 5. Vessel UBS Ottawa/sub has been nominated and accepted. We expect the vessel to arrive around August 23-24 and should in all respects be able to begin loading prior to laydays.

E. The letter of Credit will be amended to reflect the new laycan, amended price and the L/C validity date will be extended to September 30th, 2013.

For SHREE CEMENT LTD.

Chief Finance Officer



120 Bunns Lane
London NW7 2AS
United Kingdom
Tel  +44 (20) 8203 3006
Email: Com@TransAsiaCommodities.com

F. TransAsia Commodities has the option to enter into discussion under a separate agreement to deliver a similar cargo at $108.50 for loading either late September or October 1-10, 2013.

Otherwise all other terms and conditions remain the same.

IN WITNESS WHEREOF the parties have executed this document as of the respective dates specified below with effect from the Effective Date specified on the first page of this document.

Accepted:

Serge Turko, Director

For SHREE CEMENT LTD.

Chief Finance Officer

Trans Asia Commodities Ltd.

Shree Cement Ltd.

(Signed by fully authorized signatory)

(Signed by fully authorized signatory)

Place and Date: London July 16th, 2013

Place and Date: