Case 1:13-cv-07895-JGK   Document 6   Filed 11/19/13   Page 1 of 1 Noeth, J.

Case 1:13-cv-07895-JGK   Document 4   Filed 11/18/13   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSASIA COMMODITIES LIMITED , <br> Plaintiff(s) <br> v. <br> NEWLEAD JMEG, LLC., NEWLEAD HOLDINGS LIMITED, MICHAEL ZOLOTAS, JAN BERKOWITZ , <br> Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: 13 CV 7895 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Transaisa Commodities and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Newlead JMEG, LLC., et al.

Date: November 18, 2013

_____
Signature of plaintiffs or plaintiff's counsel
Cozen O'Connor
1900 Market Street
*Address*

Philadelphia, PA 19103
*City, State & Zip Code*

215-665-7286
*Telephone Number*

**SO ORDERED:**

_____
U.S.D.J.

11/19/13

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2013
```